JOHN M. PROVOOST, as Ancillary Administrator with the Will Annexed of JOHN C. CAUTLEY, Deceased, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY et al., Appellants.

*Provoost* v. *International Railway Co.*, 151 App. Div. 240, affirmed.

(Argued April 28, 1913; decided May 13, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 3, 1912, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term, and granting a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant.

*Dana L. Spring* for appellants.

*Vernon Cole* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, CHASE and HOGAN, JJ. Dissenting: HISCOCK and COLLIN, JJ.